UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MIGUEL ANGEL MALDONADO de LEON,<br><br>Petitioner,<br><br>v.<br><br>NIKITA BAKER,<br>*Acting Director of the U.S. Immigration and Customs Enforcement Baltimore Field Office*,<br>MATTHEW ELLISTON,<br>*Deputy Assistant Director for Field Operations, Eastern Division, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement*,<br>KRISTI NOEM,<br>*Secretary of Homeland Security*, and<br>PAMELA BONDI,<br>*Attorney General of the United States*,<br><br>Respondents. | Civil Action No. 25-3084-TDC |

## ORDER

Petitioner Miguel Angel Maldonado de Leon has filed a Motion for a Temporary Restraining Order. ECF No. 12. Upon review of the Motion, it is hereby ORDERED that:

1. Respondents shall file a response to the Motion no later than **Monday, September 22, 2025 at 12:00 noon**.

2. Petitioner may file a reply brief no later than **Tuesday, September 23, 2025 at 12:000 noon**.

Date: September 19, 2025



THEODORE D. CHUANG
United States District Judge