UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MIGUEL ANGEL MALDONADO de LEON,<br><br>Petitioner,<br><br>v.<br><br>NIKITA BAKER,<br>*Acting Director of the U.S. Immigration and Customs Enforcement Baltimore Field Office,*<br>MATTHEW ELLISTON,<br>*Deputy Assistant Director for Field Operations, Eastern Division, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,*<br>KRISTI NOEM,<br>*Secretary of Homeland Security,* and<br>PAMELA BONDI,<br>*Attorney General of the United States, in their official capacities,*<br><br>Respondents. | Civil Action No. 25-3084-TDC |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Petitioner Miguel Angel Maldonado de Leon's Petition for a Writ of Habeas Corpus, ECF Nos. 1, 3, 20, 31, is GRANTED in that:

    a. Respondents are enjoined from detaining Maldonado pursuant to 8 U.S.C. § 1225(b).

    b. Within **7 days** of the date of this Order, Respondents shall return Maldonado to the Baltimore Field Office of U.S. Immigration and Customs Enforcement ("ICE") located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21201 ("the ICE Baltimore Field Office") for an initial determination by an immigration officer on Maldonado's bond or detention pursuant to 8 U.S.C. § 1226(a).

    c.    If the immigration officer does not release Maldonado on a bond, Respondents shall arrange for Maldonado to receive, within **7 days** of the date of this Order, a bond hearing before an immigration judge, at which he can be represented by his present counsel, at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland.

    d.    The bond hearing shall be conducted pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1, 1003.19, and 1236.1, and Respondents shall provide Maldonado with any other process due to him under these provisions.

    e.    During any ICE detention following the immigration officer's determination and before any bond hearing to occur in accordance with this Order, Maldonado shall be detained in Maryland or in a state immediately adjacent to Maryland.

    f.    If Maldonado is not released on bond by an immigration officer or provided with a bond hearing before an immigration judge within **7 days** of date of this Order, Respondents shall release Maldonado from custody from the ICE Baltimore Field Office. If released, Maldonado may be subject to conditions, including a requirement that he appear at a bond hearing at the Immigration Court in Baltimore, Maryland or Hyattsville, Maryland.

    g.    Within **10 days** of the date of this Order, the parties shall file a Joint Status Report to confirm Respondents' compliance with this Order. If Maldonado has not been released from custody, the Joint Status Report shall state whether and when a bond hearing was held in accordance with this Order and shall further inform the Court of the grounds for the immigration judge's decision.

2. Respondents' Motion to Dismiss, ECF No. 27, is DENIED.

3. Maldonado's Motion to Compel Respondents to Return the Petitioner to this District, ECF No. 33, is DISMISSED AS MOOT.

4. Respondents shall file a Notice with the Court in compliance with the Court's September 25, 2025 Order, ECF No. 25, within **7 days** of the date of this Order and shall comply with the requirements of that Order for the remainder of this case.

5. Maldonado's request for attorney's fees and costs is DENIED.

6. The Court shall retain jurisdiction of this matter to enforce compliance with this Order.

Date: October 21, 2025



THEODORE D. CHUANG
United States District Judge