UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MIGUEL ANGEL MALDONADO
de LEON,

  Petitioner,

  v.

NIKITA BAKER,
*Acting Director of the U.S. Immigration and*
*Customs Enforcement Baltimore Field Office,*
MATTHEW ELLISTON,
*Deputy Assistant Director for*
*Field Operations, Eastern Division,*
*Enforcement and Removal Operations,*
*U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*Secretary of Homeland Security,* and
PAMELA BONDI,
*Attorney General of the United States,*
*in their official capacities,*

  Respondents.

Civil Action No. 25-3084-TDC

## ORDER

Respondents have requested that the Court modify its September 25, 2025 Order, ECF No. 25, requiring Respondents to file a Notice with the Court within 12 hours of each instance in which (1) Maldonado is transferred to a new detention facility; (2) Maldonado's removal proceedings are transferred to a different Immigration Court; or (3) a new hearing is scheduled or completed, or a ruling is issued, in Maldonado's removal proceedings. ECF Nos. 48, 50. Upon review of the request, the Court will modify the September 25, 2025 Order to reduce the number of instances in which Respondents must file a Notice with the Court in light of Respondents' compliance with the Court's October 21, 2025 Order.

Accordingly, it is hereby ORDERED that:

1.  Respondents shall file a Notice with the Court within 48 hours of any instance in which a final decision is issued by the Immigration Court regarding Maldonado's removability, or there is a change in Maldonado's legal status arising from a decision made in his removal proceedings.

Date: November 13, 2025

THEODORE D. CHUANG
United States District Judge

2