## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

MIGUEL ANGEL MALDONADO
de LEON,

      Petitioner,

      v.

NIKITA BAKER,
*Acting Director of the U.S. Immigration and*
*Customs Enforcement Baltimore Field Office,*
MATTHEW ELLISTON,
*Deputy Assistant Director for*
*Field Operations, Eastern Division,*
*Enforcement and Removal Operations,*
*U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*Secretary of Homeland Security,* and
PAMELA BONDI,
*Attorney General of the United States,*
*in their official capacities,*

      Respondents.

Civil Action No. 25-3084-TDC

## ORDER

Respondents have filed a request that the Court release Respondents from their obligation to file further Notices in this case and to close the case. ECF No. 52. Upon review of the request and where Petitioner has not opposed the request, the Court will grant the request because the relief sought by Petitioner has been granted.

Accordingly, it is hereby ORDERED that:

1.    Respondents are no longer required to file Notices with the Court pursuant to ECF Nos. 25, 51.

2.    The Clerk shall administratively close the case.

Date:  December 15, 2025

THEODORE D. CHUANG
United States District Judge